FILED
2010 Sep-07 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GLEN MONROE, individually and on behalf or persons similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>SATELLITES UNLIMITED, INC.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: CV-10-K-1976-S<br>)<br>)<br>)<br>) |

## DECLARATION OF JAMES GORDON

1.　My name is James Gordon. The statements contained herein are based upon my personal knowledge, and I am competent to testify as to each matter on which I am offering evidence herein.

2.　I am employed by Satellites Unlimited, Inc. ("SUI") as its Corporate Human Resources Manager. As such, I am the custodian of SUI's personnel files pertaining to its current and former employees.

3.　Plaintiff Glen Monroe is a former SUI employee. As a condition of employment, SUI employees must execute an "Satellites Unlimited, Inc. Dispute Resolution Plan Acknowledgment" form agreeing to arbitrate disputes arising out of employment with SUI. SUI's personnel file on Mr. Monroe contains his executed Satellites Unlimited, Inc. Dispute Resolution Plan Acknowledgment that he executed on April 17, 2009, in connection with his employment by SUI. A true and correct copy of the Satellites Unlimited, Inc. Dispute Resolution Plan Acknowledgment executed by Mr.

Monroe is attached hereto as **Exhibit A**.

4. Attached hereto as **Exhibit B** is a true and correct copies of SUI's Arbitration Policy and Procedure, revised in October 2006.

5. Satellites Unlimited is an independent retailer of DISH Network and other satellite equipment. As a designated Regional Service Provider, SUI possesses a license to deliver and install DISH Network equipment (primarily satellite dishes and receivers) in Alabama, Florida, Mississippi, Georgia, Tennessee, Arkansas and Louisiana. SUI regularly purchases from out-of-state, receives payment and merchandise from out-of-state, its employees cross state lines, and it regularly purchases supplies and equipment manufactured in other states.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September 2010.

JAMES M. GORDON

2